# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIVING ECOLOGY, INC., <br>     Plaintiff(s), <br> v. <br> BOSCH PACKAGING TECHNOLOGY, INC., <br>     Defendant(s). | Case No.: 2:18-cv-01647-JCM-NJK <br><br> **Order** <br><br> [Docket No. 17] |

Pending before the Court is Defendant's motion for a protective order. Docket No. 17. That motion relates to a Rule 30(b)(6) deposition set for April 2 and 3, and was filed on an emergency basis. The Court hereby **ORDERS** that any response shall be filed by March 20, 2019, and any reply shall be filed by March 21, 2019. A hearing is tentatively **SET** for 3:30 p.m. on March 26, 2019, in Courtroom 3A.

IT IS SO ORDERED.

Dated: March 18, 2019

                                                Nancy J. Koppe <br>
                                               United States Magistrate Judge