Thomas W. Davis, II, Esq. (SBN: 2531)
Ryan A. Ellis, Esq. (SBN: 12199)
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, Nevada 89169
Phone: (702) 257-1483
Fax:   (702) 567-1568
Email: tdavis@HowardandHoward.com
       rellis@HowardandHoward.com

Timothy F. Shields, Esq.
*Admitted Pro Hac Vice*
**GEORGE & SHIELDS**
30 Corporate Park #300
Irvine, CA 92606-5133
Phone: (949) 263-1085
Fax: (949) 263-0585
Email: tim.shields@george-shields.com

*Attorneys for Plaintiff Living Ecology, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIVING ECOLOGY, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOSCH PACKAGING TECHNOLOGY, INC., a corporation; DOES 1 to 10 and ROE CORPORATIONS I to X inclusive,<br><br>　　　　Defendants. | Case No: 2:18-cv-01647-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE RESPONSE TO MOTION FOR ATTORNEYS' FEES AND OBJECTIONS TO BILL OF COSTS**<br><br>**(FIRST REQUEST)** |

　　　　The Parties to the above-entitled action, through their respective counsel of record, submit this Stipulation and Proposed Order requesting approval to extend the deadline for Plaintiff to file its Response to Defendant's Motion for Attorneys' Fees and Costs and Plaintiff's Objections to Defendant's Bill of Costs. This is the first stipulation for extension of time related to the briefing on Defendant's Motion for Attorneys' Fees and Bill of Costs.

1

STIPULATION AND ORDER TO EXTEND DEADLINES

WHEREAS, Defendant filed its Bill of Costs on December 23, 2019 (Dkt. 31);

WHEREAS, Defendant filed its Motion for Attorneys' Fees on December 23, 2019 (Dkt. 32);

WHEREAS, Due to the holidays and travel of Plaintiff's lead counsel, the Parties have agreed to extend for one (1) week the respective deadlines for Plaintiff to file its Objections to Defendant's Bill of Costs and Plaintiff's Response to Defendant's Motion for Attorney's Fees from January 6, 2020 to January 13, 2020.  The Parties have further agreed that the deadline for Defendant's Response to Plaintiff's Objections to Defendant's Bill of Costs and Defendant's Reply to Plaintiff's Response to Defendant's Motion for Attorney's Fees shall be January 20, 2020

Respectfully submitted,

Dated: January 6, 2020    GEORGE & SHIELDS

By: */s/ Timothy F. Shields*
_____
Timothy F. Shields, Esq.
*Admitted Pro Hac Vice*
*Attorneys for Plaintiff Living Ecology, Inc.*

Dated:  January 6, 2020    HOWARD & HOWARD ATTORNEYS PLLC

By: */s/ Thomas W. Davis*
_____
Thomas W. Davis, II, Esq.
Ryan A. Ellis, Esq.
*Attorneys for Plaintiff Living Ecology, Inc.*

///

///

///

STIPULATION AND ORDER TO EXTEND DEADLINES

Dated: January 6, 2020                    GORDON REES SCULLY MANSUKHANI, LLP

                                          */s/ Brian K. Walters*
                           By: _____
                               Robert S. Larsen, Esq.
                               Brian K. Walters, Esq.
                               Win Yan Wong, Esq.
                               *Attorneys for Defendant Bosch Packaging
                               Technology, Inc.*

## ORDER

For good cause appearing, the Court hereby ORDERS the following:

1.   the deadline for Plaintiff to file its Objections to Defendant's Bill of Costs is hereby continued from January 6, 2020 to January 13, 2020; and

2.   the deadline for Plaintiff to file its Objections to Defendant's Motion for Attorney's Fees is hereby continued from January 6, 2020 to January 13, 2020.

IT IS SO ORDERED.

Dated: January 9, 2020.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

4847-7704-5936, v. 2