Ryan A. Ellis, Esq. (SBN 12199)
**RYAN ELLIS LAW CORPORATION**
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Phone: (702) 552-9000
Email: ryan@ryanellislaw.com

Thomas W. Davis, II, Esq. (SBN 2531)
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, Nevada 89169
Phone: (702) 257-1483
Fax:   (702) 567-1568
Email: tdavis@HowardandHoward.com

*Attorneys for Plaintiff Living Ecology, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIVING ECOLOGY, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOSCH PACKAGING TECHNOLOGY, INC., a corporation; DOES 1 to 10 and ROE CORPORATIONS I to X inclusive,<br><br>　　　　Defendants. | Case No: 2:18-cv-01647-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT** |

　　　　The Parties to the above-entitled action, through their respective counsel of record, submit this Stipulation and Proposed Order requesting approval to extend the deadline for Plaintiff to file its Response to Defendant's Renewed Motion for Summary Judgment.

　　　　WHEREAS, Defendant filed its Motion Requesting that the Court Adjudicate Unaddressed Arguments in its Motion for Summary Judgment on February 24, 2021 (Dkt. 52) which was granted by this Court on February 26, 2021 (Dkt. 53);

　　　　WHEREAS, Defendant filed its Renewed Motion for Summary Judgment on March 26, 2021 (Dkt. 54); and

WHEREAS, and at the request of Plaintiff's counsel, the Parties have agreed to extend for two (2) weeks the respective deadline for Plaintiff to file its Response to Defendant's Renewed Motion for Summary Judgment from April 16, 2021 to April 30, 2021.

Respectfully submitted,

Dated: April 8, 2021        RYAN ELLIS LAW CORPORATION

                            By:   /s/ Ryan A. Ellis
                                  Ryan A. Ellis, Esq.
                                  *Attorneys for Plaintiff Living Ecology, Inc.*

Dated: April 8, 2021        HOWARD & HOWARD ATTORNEYS PLLC

                            By:   /s/ Thomas W. Davis, II
                                  Thomas W. Davis, II, Esq.
                                  *Attorneys for Plaintiff Living Ecology, Inc.*

Dated: April 8, 2021        GORDON REES SCULLY MANSUKHANI, LLP

                            By:   /s/ Robert S. Larsen
                                  Robert S. Larsen, Esq.
                                  Brian K. Walters, Esq.
                                  Win Yan Wong, Esq.
                                  *Attorneys for Defendant Bosch Packaging Technology, Inc.*

**ORDER**

For good cause appearing, the Court hereby ORDERS the following:

1. the deadline for Plaintiff to file its Response to Defendant's Renewed Motion for Summary Judgment is hereby continued from April 16, 2021 to April 30, 2021.

IT IS SO ORDERED.

Dated: April 9, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE