ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
BRIAN K. WALTERS, ESQ.
Nevada Bar No. 9711
WING YAN WONG, ESQ.
Nevada Bar No 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9301
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
        bwalters@grsm.com
        wwong@grsm.com

*Attorneys for Bosch Packaging Technology, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIVING ECOLOGY, INC., | Case No.: 2:18-cv-01647-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR BOSCH PACKAGING TECHNOLOGY INC. TO FILE REPLY TO PLAINTIFF'S RESPONSE TO BOSCH'S RENEWED MOTION FOR SUMMARY JUDGMENT** |
| BOSCH PACKAGING TECHNOLOGY, INC., a corporation; DOES 1-10 and ROE CORPORATIONS I to X, inclusive, | |
| Defendants. | |

Plaintiff, LIVING ECOLOGY, INC., ("Living Ecology" or "Plaintiff") by and through its attorneys, Ryan A. Ellis, Esq., of RYAN ELLIS LAW CORPORATION; and Thomas W. Davis, II, Esq. of HOWARD & HOWARD ATTORNEYS PLLC; and Defendant, BOSCH PACKAGING TECHNOLOGY, INC. ("Bosch") by and through its attorneys Robert S. Larsen, Esq., Wing Yan Wong, Esq. and Brian K. Walters, Esq. of GORDON REES SCULLY MANSUKHANI, LLP, stipulate as follows:

## **STIPULATION**

1.   On March 26, 2021, Bosch filed its Renewed Motion for Summary Judgment (ECF No. 54);

2.   Living Ecology, Inc.'s Response to Bosch's Renewed Motion for Summary

Judgment was originally due April 16, 2021.

3. The parties stipulated to allow Living Ecology, Inc. to file its Response on or before April 30, 2021 (ECF No. 58).

4. On April 29, 2021, Living Ecology filed its Response to Bosch's Renewed Motion for Summary Judgment. (ECF No. 61).

5. The deadline for Bosch's Reply is currently May 13, 2021.

6. The parties hereby stipulate that the deadline for Bosch's Reply shall be extended for two weeks to May 27, 2021.

| DATED this 29th day of April, 2021 | DATED this 29th day of April, 2021. |
|---|---|
| RYAN ELLIS LAW CORPORATION | GORDON REES SCULLY MANSUKHANI, LLP |
| /s/ Ryan A. Ellis | /s/ Brian K. Walters |
| Ryan A. Ellis, Esq. | ROBERT S. LARSEN, ESQ. |
| Nevada Bar No. 12199 | Nevada Bar No. 7785 |
| 3275 So. Jones Blvd., Suite 105 | BRIAN K. WALTERS, ESQ. |
| Las Vegas, NV 89146 | Nevada Bar No. 9711 |
| | WING YAN WONG, ESQ. |
| HOWARD & HOWARD ATTORNEYS PLLC | Nevada Bar No 13622 |
| Thomas W. Davis, Esq. | 300 So. 4th Street, Suite 1550 |
| Nevada Bar No. 2531 | Las Vegas, Nevada 89101 |
| 3800 Howard Hughes Pkwy., Suite 1000 | |
| Las Vegas, NV 89169 | *Attorneys for Bosch Packaging Technology, Inc.* |
| *Attorneys for Living Ecology, Inc.* | |

**ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant Bosch Packaging Technology, Inc.'s Reply in support of its Renewed Motion for Summary Judgment is continued from May 13, 2021 to **May 27, 2021**.

Dated: April 30, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE